UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MANDEL MARTIN,
    Plaintiff,

v.

UNITED STATES, et al.,
    Defendants.

CIVIL ACTION NO. 3:11-CV-1556

(Judge Kosik)

FILED
SCRANTON
DEC 02 2011
PER _____
DEPUTY CLERK

## MEMORANDUM AND ORDER

AND NOW, THIS 2nd DAY OF DECEMBER, 2011, IT APPEARING TO THE COURT THAT:

(1) Plaintiff, Mandel Martin, a prisoner formerly confined at USP- Lewisburg, Pennsylvania, filed the instant civil action pursuant to the Federal Tort Claims Act and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) on August 22, 2011;

(2) The action was assigned to Magistrate Judge J. Andrew Smyser for Report and Recommendation;

(3) On November 9, 2011, the Magistrate Judge issued a Report and Recommendation (Doc. 8) wherein he recommended that the plaintiff's complaint be dismissed;

(4) Specifically, the Magistrate Judge found that plaintiff's complaint failed to state a claim upon which relief could be granted and that plaintiff failed to file an amended complaint as directed (Doc. 7);

(5) Petitioner has failed to file timely objections to the Magistrate Judge's Report and Recommendation;

AND, IT FURTHER APPEARING THAT:

(6) If no objections are filed to a Magistrate Judge's Report and Recommendation, the plaintiff is not statutorily entitled to a <u>de novo</u> review of his

claims.  28 U.S.C.A.§636(b)(1)(C); Thomas v. Arn, 474 U.S. 140, 150-53 (1985). Nonetheless, the usual practice of the district court is to give "reasoned consideration" to a magistrate judge's report prior to adopting it.  Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987);

(7) We have considered the Magistrate Judge's Report and we concur with his recommendation;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge J. Andrew Smyser dated November 9, 2011 (Doc. 8) is **ADOPTED**;

(2) The plaintiff's complaint is **DISMISSED**; and

(3) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Memorandum and Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge